[No. 25275-9-II.   Division Two.   August 24, 2001.]

SCOTT McMULLEN, *Appellant*, v. ROBERT C. WRIGHT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-11328-3, Karen L. Strombom, J., entered October 29, 1999. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 25343-7-II.   Division Two.   August 24, 2001.]

*In the Matter of the Marriage of* DONALD L. GRIM, *Respondent*, and CATHERINE ANN GRIM, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-3-00758-4, Richard D. Hicks, J., entered November 12, 1999. *Remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 25445-0-II.   Division Two.   August 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINA DAWN WELLS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-1-00630-0, H. John Hall, J., entered December 6, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 25471-9-II.   Division Two.   August 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANITA LOUISE HIGBY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 98-1-00088-0, George L. Wood, J., entered November 16, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Quinn-Brintnall, JJ.